|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| ROBERT SHORTY AVERY,<br><br>Plaintiff,<br><br>v.<br><br>DAVITA DIALYSIS CENTER, et al.,<br><br>Defendants. | Case No. 16-cv-07061-JD<br><br>**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND**<br><br>Re: Dkt. Nos. 1, 10 |

Pro se plaintiff Robert Avery, who has been granted IFP status, has sued Renal Treatment Centers - California, Inc., DBA Clearlake Dialysis ("Clearlake Dialysis") (originally sued as "Davita Diallysis Center et. al.") and John Fuch for a "deprivation of rights" related to a treatment he received. Dkt. No. 1. The complaint is dismissed with leave to amend. 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

## DISCUSSION

Even liberally construed, the complaint does not provide "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8(a)(2) of the Federal Rules of Civil Procedure. The handwritten complaint is a discursive narrative about something that appears to have happened in November 2016 between Avery and a nurse, a technician, and another patient at the Clearlake Dialysis Center. It is not possible to find in the complaint any facts explaining why Avery is suing or a clear statement of his legal claims. Avery filed a late opposition to the motion to dismiss that mentions 42 U.S.C. § 1983 and possibly the ADA, but even if those untimely statements are considered, they do not fix the pleading deficiencies in the complaint. Dkt. No. 15 at 2-5.

Consequently, the complaint is dismissed with leave to amend. Avery may file an amended complaint no later than **October 20, 2017**. Defendants need not move to dismiss the amended complaint. The Court will review it on its own. Avery is encouraged to consult with the Federal Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco federal

courthouses for assistance.  The San Francisco Legal Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102.  The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, CA 94612.  Appointments can be made by calling (415) 782-8982 or signing up in the appointment book located outside.

**IT IS SO ORDERED.**

Dated: September 20, 2017

_____
JAMES DONATO
United States District Judge