UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SHORTY AVERY,

        Plaintiff,

   v.

DAVITA DIALYSIS CENTER et al.,

        Defendants.

Case No.  16-cv-07061-JD

**ORDER TO SHOW CAUSE**

      Pro se plaintiff Avery's complaint was dismissed with leave to file an amended complaint by October 20, 2017.  Dkt. No. 23.  No amended complaint was filed, and nothing has happened in this case in over two years.  Avery is ordered to show cause in writing by February 7, 2020, why the case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

      **IT IS SO ORDERED.**

Dated:  January 24, 2020

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SHORTY AVERY,

               Plaintiff,

      v.

DAVITA DIALYSIS CENTER, et al.,

               Defendants.

Case No.  16-cv-07061-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Shorty Avery
P.O. Box 63
Clearlake Oaks, CA 95423

Dated: January 24, 2020

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO